IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VS                                                           CR NO. **6:09cr1067-1**

ALVARO EZEQUEIL ALAS

# PLEA

The defendant, **ALVARO EZEQUEIL ALAS**, having withdrawn his previously entered plea of NOT GUILTY, pleads **GUILTY** to Count **1s,2** of the **Superseding indictment** after arraignment in open court.

Alvaro Ezequiel Alas
(Signed) Defendant

Greenville, South Carolina
Date: February 23, 2010