```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF SOUTH CAROLINA
                  GREENVILLE DIVISION



UNITED STATES OF AMERICA,      )
                               )
                               )
       -versus-                )    6:09-1067-1
                               )
                               )    July 6, 2010
ALVARO EZEQUEIL ALAS,          )
                               )    Greenville, SC
          Defendant.           )




                TRANSCRIPT OF SENTENCING

       BEFORE THE HONORABLE HENRY M. HERLONG, JR.
   SENIOR UNITED STATES DISTRICT JUDGE, presiding




A P P E A R A N C E S:

For the Government:         ANDREW B. MOORMAN, AUSA
                            US Attorney's Office
                            105 N. Spring St., Ste. 200
                            Greenville, SC 29601


For the Defendant:          RICHARD H. WARDER, ESQ.
                            PO Box 26133
                            Greenville, SC 29616


Court Reporter:             KAREN E. MARTIN, RMR, CRR
                            300 E. Washington Street
                            Room 304
                            Greenville, SC 29601



The proceedings were taken by mechanical stenography and
the transcript produced by computer.
```

|   |   |
|---|---|
| 1 | Tuesday, July 6, 2010 |
| 2 | **MR. MOORMAN:** Your Honor, may it please the |
| 3 | Court?  The next matter is Case No. 6:09-1067, The United |
| 4 | States vs. Alvaro Ezequeil Alas.  He is represented by |
| 5 | Mr. Richard Warder. |
| 6 | **THE CLERK:** He does have an interpreter, Judge. |
| 7 | **THE COURT:** Swear the interpreter, please. |
| 8 | (WHEREUPON, the interpreter was sworn.) |
| 9 | **THE COURT:** Mr. Alas, are you ready for |
| 10 | sentencing at this time? |
| 11 | **THE DEFENDANT:** Yes. |
| 12 | **THE COURT:** As I recall in the report, you |
| 13 | indicate you speak English; is that correct? |
| 14 | **THE DEFENDANT:** Yes. |
| 15 | **THE COURT:** Well, we have an interpreter in case |
| 16 | you need the interpretation. |
| 17 | **THE DEFENDANT:** Thank you. |
| 18 | **THE COURT:** Have you had enough time to discuss |
| 19 | this matter with your attorney? |
| 20 | **THE DEFENDANT:** Yes. |
| 21 | **THE COURT:** And are you satisfied thus far with |
| 22 | the representation of your attorney? |
| 23 | **THE DEFENDANT:** Yes. |
| 24 | **THE COURT:** Have you and your attorney -- do you |
| 25 | have any complaints of your attorney -- excuse me.  Do you |

```
 1   have any complaints of your attorney or anyone else in
 2   connection with this case?
 3              THE DEFENDANT:  No.
 4              THE COURT:  Have you and your attorney
 5   thoroughly reviewed the Presentence Report?
 6              THE DEFENDANT:  Yes.
 7              THE COURT:  And are there any objections to
 8   anything in the report?
 9              MR. WARDER:  No, Your Honor.
10              THE COURT:  Mr. Alas, do you have any objections
11   to anything in the Presentence Report?
12              THE DEFENDANT:  No.
13              THE COURT:  The Court hearing that there are no
14   objections to the report and the Court having reviewed the
15   report, the Court adopts the findings including the
16   guideline calculations contained in the report.  The Court
17   will accept the guidelines as advisory only.
18              The statute provides for a sentence of ten years
19   minimum to life imprisonment, supervised release of at
20   least five years.  He has a Total Offense Level of 35,
21   Criminal History Category of II.  His range is 188 to 235
22   months imprisonment, five years supervised release.  He
23   does not have the financial ability to pay a fine.  The
24   special assessment requirement is $100.
25              For sentencing purposes, Mr. Warder, I will hear
```

```
 1  from you at this time.
 2           MR. WARDER:  Your Honor, in working with
 3  Mr. Alas, he's a pleasant, well-educated man that can
 4  speak both English and Spanish.  He graduated from high
 5  school.  He has five children here.  He worked for a
 6  number of years and had a good work record at Gourmet
 7  Pizza on Augusta Road.
 8           THE COURT:  Let me ask you about that.  The
 9  owner said they don't know anything about him.
10           MR. WARDER:  Your Honor, I have talked to him
11  about that.  He tells me he worked, he paid taxes, that it
12  was withheld.  I cannot give you an explanation for why
13  they suddenly don't know him.
14           He's certainly going to have a hard time
15  maintaining a relationship with these children.  The
16  mother of his children is seated in the courtroom here.
17           Your Honor, I would urge you to be as lenient as
18  you can.  I think that Mr. Alas has a lot of good
19  qualities that will serve him when his sentence is done.
20           THE COURT:  I don't know if the Presentence
21  Report says it but what's his citizenship status?
22           MR. WARDER:  He is a citizen of El Salvador.
23           THE COURT:  What's his status of being in the
24  United States?
25           MR. WARDER:  INS has a hold on him.  He is
```

```
 1  illegal in the country.
 2          THE COURT:  Was he here on a work VISA?
 3          THE PRETRIAL OFFICER:  No, sir, he entered
 4  illegally.
 5          THE COURT:  Does it say that in the report?
 6          THE PRETRIAL OFFICER:  Yes, sir.  He has an
 7  immigration detainer filed on him.
 8          THE COURT:  Well, I saw that.  But I didn't see
 9  where it indicated that what his status was here.  I
10  assume, for instance, somebody with a green card, if you
11  get convicted, they are going to revoke it.  So he is just
12  here illegally?
13          THE PRETRIAL OFFICER:  He's been here illegal
14  since he came to the United States.
15          THE COURT:  Okay.
16          Now, Mr. Alas, I will hear from you if there is
17  anything you care to say to the Court.
18          THE DEFENDANT:  No.
19          THE COURT:  All right.  If you don't want to say
20  anything, I will impose sentence.
21          From the record, it appears that he was a major
22  drug dealer in this area.  As I recall, it's attributed
23  that it was attributed to him for sentencing purposes was
24  a minimum of 140 -- almost 141 kilograms of cocaine.  We
25  are not talking about grams, we are talking about
```

```
 1   kilograms.  I would suspect that your wife and everyone
 2   that knew you knew you were a major drug dealer because
 3   you don't buy and sell that quantity of drugs and make
 4   that kind of living being unemployed.
 5            I better not say anymore.  There could be some
 6   further investigation of those who you live with and what
 7   they knew and what they knew about this and what they may
 8   have participated in.
 9            The Court has considered those factors under 18
10   USC Section 3553(a).  The Court has considered the
11   guidelines as advisory only.  The Court finds that this --
12   the guidelines apply to typical cases.  The Court finds
13   this is a typical case of a major drug dealer.  Therefore,
14   the Court having considered those factors under 18 USC
15   Section 3553(a) finds that a guideline sentence is
16   appropriate and will impose a guideline sentence.
17            It is therefore the Sentence of the Court that
18   the defendant is committed to the custody of the Bureau of
19   Prisons to be imprisoned for a term of 224 months and pay
20   a $100 special assessment fee which is due immediately.
21            He's then placed on supervised release for a
22   term of five years with a special condition as follows:
23   The defendant shall not return to the United States
24   contrary to law and without permission from the United
25   States Attorney General or the Secretary of the Department
```

```
 1   of Homeland Security.
 2            That is the end of the sentence.  You have the
 3   right to appeal this sentence.  If you cannot afford the
 4   cost of an appeal, you can apply to proceed without the
 5   payment of costs and apply to have an attorney appointed
 6   to represent you.
 7            That's all.  Thank you.
 8                           ***
 9   I certify that the foregoing is a correct transcript from
10   the record of proceedings in the above-entitled matter.
11
12       s/Karen E. Martin                            9/29/10
     _____        _____
13   Karen E. Martin, RMR, CRR             Date
14
15
16
17
18
19
20
21
22
23
24
25
```